**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v                                                                    Case No.  03-80406
                                                                     Honorable Gerald Rosen

**D-5, KARIM HASSAN NASSER,**
**D-7, FADI MOHAMAD-MUSBAH HAMMOUD,**
**D-8, MAJID MOHAMAD HAMMOUD,**
**D-9, JIHAD HAMMOUD**
**D-14, ALI NAJIB BERJAOUI,**
**D-15, MOHAMAD ZEIDAN,**
**D-19, ADEL ISAK,**

**Defendant.**

_____

**STIPULATION FOR ENLARGEMENT OF TIME FOR MOTION CUTOFF  DATE**
**AND FINDING OF EXCLUDABLE DELAY**

Through their respective counsel, the parties stipulate and agree to an extension of the

motion cut-off date from September 22, 2006, to November 21, 2006.  Pursuant to 18 U.S.C. §

3161(h)(8)(B)(ii), the parties stipulate that the extended time period shall constitute excludable delay

and that the ends of justice served by this delay outweigh the best interests of the Defendants and

the public in a speedy trial.

s/Barbara L. McQuade                           s/John R. Minock
s/Kenneth Chadwell                             Attorney for D-15, Mohamad Zeidan
Attorneys for Plaintiff

s/James W. Burdick                             s/Brian M. Legghio
Attorney for D-8, Majid Mohamad Hammoud        Attorney for D-7, Fadi Mohamad-Musbah
                                               Hammoud

s/Mark B. Dickow                               s/S. Allen Early, III
s/Joel J. Kirkpatrick                          Attorney for D-14, Ali Najib Berjaoui
Attorneys for D-19, Adel Isak

s/Robert M. Kalec                              s/Walter J. Piszczatowski
Attorney for D-5, Karim Hassan Nasser          Attorney for D-9, Jihad Hammoud

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

            **Plaintiff,**

v                                                                      Case No.  03-80406
                                                                       Honorable Gerald Rosen

**D-5, KARIM HASSAN NASSER,**
**D-7, FADI MOHAMAD-MUSBAH HAMMOUD,**
**D-8, MAJID MOHAMAD HAMMOUD,**
**D-9, JIHAD HAMMOUD**
**D-14, ALI NAJIB BERJAOUI,**
**D-15, MOHAMAD ZEIDAN,**
**D-19, ADEL ISAK,**

            **Defendant.**

_____

**ORDER ENLARGING TIME FOR MOTION CUTOFF  DATE**
**AND FINDING OF EXCLUDABLE DELAY**

Based upon the foregoing stipulation,

**IT IS HEREBY ORDERED** that the motion cutoff date in this case is extended from

September 22, 2006, to November 21, 2006.  Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), the Court

finds that this time period shall constitute excludable delay and that the ends of justice served by this

delay outweigh the best interests of the defendant and the public in a speedy trial.  The Court further

finds that this case is unusual and complex due to the number of defendants, the nature of the

prosecution, and the large volume of discovery, such that it would be unreasonable to expect

adequate preparation for pretrial proceedings, including motions, within the time limits established

by the Speedy Trial Act.

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

Dated:  September 26, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager