**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                                                   **Case No.  03-80406**

**ALI NAJIB BERJAOUI,**                                      **Honorable Gerald E. Rosen**

      **Defendant.**

_____ /

**NOTICE OF SPECIFIC REQUESTS FOR IMPEACHMENT**
**AND EXCULPATORY INFORMATION AND 404(b) EVIDENCE**

    **NOW COMES** Defendant **ALI BERJAOUI**, through his attorney, S. ALLEN EARLY, and hereby gives the government notice of specific requests for the following impeachment and exculpatory information pursuant to Brady v. Maryland, 373 US 83 (1963), Giglio v. United States, 405 US 150 (1972), United States v Argus, 427 US 97 (1976), United States v Bagley, 473 US 667 (1985), Kyes v Whitley, 514 US 419 (1995), and their progeny:

    1.    Any prior criminal record, adult and juvenile, of all government witnesses, including any information which could have a negative impact on the criminal history calculations and guidelines under the Federal Sentence Guidelines;

    2.    Any prior acts committed by government witnesses that are arguably probative of character for untruthfulness within the meaning of FRE 608(b);

    3.    Any immunity orders or agreements, Rule 11 plea or sentence agreements, and motions or requests for 5K1.1 or Rule 35(b) sentencing departures provided to government witnesses;

4.      Any other consideration, promise, inducement, or benefit given to government witnesses that could arguably be of value or use to the witnesses, or persons of concern to the witnesses, including but not limited to:

—      Leniency, favorable treatment, recommendations, or other assistance regarding any potential or pending criminal, probation, parole, pardon, clemency, civil, tax, administrative, or other dispute with the government, or any other authority or party;

—      Any tax or civil grants or agreements of immunity of relief;

—      Any relief from forfeitures, or agreements to return or not seize property;

—      Any payments of fees, rewards, or money;

—      Any provisions for shelter, clothing, food, transportation, or legal assistance;

—      Any placement in a witness program, or special custody situation or status;

—      Any type of information status or treatment;

—      And anything else that could arguably indicate any interest, motive, or bias of the witnesses, or induce or color the testimony of the witnesses.

5.      Any statement or information regarding government conduct or contacts which indicate that pressure was placed on, or directed at, government witnesses to testify for the government, or against Defendant;

6.      Any prior inconsistent statements, including additions, corrections, or omissions, made by, or attributed to, government witnesses;

7.      Any other materials, information, or circumstances which may undermine the allegations of government witnesses, or indicate that the witnesses have a bias, motive, or interest to testify for the government, or against Defendant;

8.      Any witnesses, materials, or information in the possession of law enforcement authorities that would tend to exculpate Defendant, or mitigate the degree of guilt or punishment, including the calculations and scoring of the Federal Sentencing Guidelines.

9.      Pursuant to Rule 404(b), Federal Rules of Criminal Procedure, Defendant does request notice of all Rule 404(b) evidence which the government intends to use at trial.

This Notice and its requests are based on discovery materials provided by the government, and other information, indicating that the charges against Defendant may be based, in significant part,  on the representations and assistance of accomplice or informant witnesses.

Disclosure of this information is also requested within a reasonable time before trial because such information must necessarily be developed and prepared in order to provide for effective cross-examination and assistance of counsel at trial.

LAW OFFICES S. ALLEN EARLY


BY:    s/ S. Allen Early
        S. ALLEN EARLY
        660 Woodward Ave., Suite 1480
        Detroit, Michigan  48226
        (313) 962-2320
        sallenearly@sbcglobal.net
        P-13077

Dated: November 6, 2006

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                      **Case No.  03-80406**

**ALI NAJIB BERJAOUI,**                    **Honorable Gerald E. Rosen**

      **Defendant.**
_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Barbara L. McQuade and Kenneth Chadwell.

s/ S. Allen Early
S. ALLEN EARLY
660 Woodward Ave., Suite 1480
Detroit, Michigan  48226
(313) 962-2320
sallenearly@sbcglobal.net
P-13077