**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                              **Case No.  03-80406**

**ALI NAJIB BERJAOUI,**             **Honorable Gerald E. Rosen**

        **Defendant.**
_____ /

**MOTION FOR DISCOVERY AND BRIEF**

NOW COMES Defendant Ali Berjaoui, by and through counsel, S. Allen Early, and hereby moves for discovery.  In support of this Motion, Defendant states as follows:

1.      Defendant is charged with one count of RICO conspiracy.  18 U.S.C. § 1962 (c), 1962(d).

2.      The government has delivered to counsel thousands of pages of documents and hundreds of hours of tapes that, with the exception of about 3 pages, do not relate to Defendant. Defendant is not recorded on any tapes.

3.      The three or so pages relevant to Defendant relate to a telephone number found in an address book and a report about Defendant's arrest.  None of the discovery supplies any information to Defendant about his alleged activities with contraband cigarettes.

4.      The Indictment specifies overt acts as to all defendants except Defendant Berjaoui.

5.      The government has orally advised counsel that Defendant is alleged to be a customer for some contraband cigarettes and that the evidence against him is testimonial in nature.   Thus, counsel had not been supplied with any pertinent discovery.

6.      Defendant is requesting discovery of reports which describe the nature of Defendant's alleged activity with contraband cigarettes, including the date, times, location, and quantity of cigarettes involved in this matter as to Defendant.  The government has not even supplied such reports with the name of the CI blocked out.  Defendant is also requesting that Jencks Act material be supplied to counsel in advance of trial.  At the present time, counsel has no information from the government to enable preparation of a defense at trial.

WHEREFORE Defendant is respectfully requesting that the Court grant this Motion.

LAW OFFICES S. ALLEN EARLY

BY:     s/ S. Allen Early
        S. ALLEN EARLY
        660 Woodward Ave., Suite 1480
        Detroit, Michigan  48226
        (313) 962-2320
        sallenearly@sbcglobal.net
        P-13077

Dated: November 21, 2006

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                                                  **Case No.  03-80406**

**ALI NAJIB BERJAOUI,**                                          **Honorable Gerald E. Rosen**

      **Defendant.**
_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Barbara L. McQuade and Kenneth Chadwell.

s/ S. Allen Early
S. ALLEN EARLY
660 Woodward Ave., Suite 1480
Detroit, Michigan  48226
(313) 962-2320
sallenearly@sbcglobal.net
P-13077