UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,            CRIMINAL NO. 03-80406

-vs-                         HON. GERALD E. ROSEN

D-7 FADI MOHAMAD-MUSBAH HAMMOUD,
     a/k/a "Fadi Musbah Hammoud,"
D-8 MAJID MOHAMAD HAMMOUD,
     a/k/a "Mike Hammoud,"
D-9 JIHAD HAMMOUD,
     a/k/a "Jay Hammoud,"
D-14 ALI NAJIB BERJAOUI,
D-15 MOHAMAD ZEIDAN,
D-19 ADEL ISAK,

             Defendants.
                        /

INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | United States v. Hudson, 52 F.3d 326, 1995 WL 234680 (6th Cir. 1995)(unpublished) |
| 2. | United States v. Collins, 927 F.2d 605, 1991 WL 23558 (6th Cir. 1991)(unpublished) |

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

S/Kenneth R. Chadwell
KENNETH R. CHADWELL (P39121)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9698
Ken.Chadwell@usdoj.gov

1