UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO. 03-80406

v.

HON. GERALD E. ROSEN

D-9 JIHAD HAMMOUD
a/k/a "Jay Hammoud,"

Defendant.

_____/

**WAIVER OF INDICTMENT**

I, JIHAD HAMMOUD, also known as "Jay Hammoud," the defendant in this

case, understand that I am being charged with the following felony: Misprision of a

Felony, in violation of 18 U.S.C. § 4. I have been informed and understand that any

person charged with a federal felony offense has the right to insist that the case

proceed by way of an indictment returned by a grand jury. Understanding this, and

pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive my

right to prosecution by indictment and consent that the prosecution may be brought

by information instead of by indictment.

_____
JIHAD HAMMOUD
Defendant

_____
WALTER J. PISZCZATOWSKI
Attorney for Defendant

Date: 3/27/09