UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                      CRIMINAL NO. 03-80406

vs.                                                 HONORABLE : GERALD E. ROSEN

JIHAD HAMMOUD
a/k/a "Jay Hammoud",

                    Defendant.

**FILED**

MAR 27 2009

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INFORMATION

I, JIHAD HAMMOUD, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT 1: Up to 3 years imprisonment and/or $250,000.00 fine.

_____
JAY ~~JIHAD~~ HAMMOUD
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
WALTER PISZCZATOWSKI
Counsel for Defendant

Dated: March 27, 2009