Adel Isak
Register No. 40368-039
Federal Satellite Low
2650 U.S. Highway 301 South
Jesup, GA 31599

January 27, 2010



The Honorable Judge Gerald E. Rosen
United States District Court
Eastern District of Michigan
Southern Division
730 Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226

Re:     Case No. 03-80406


Dear Judge,

I have been told by some that it may not be proper to write to Your Honor. Others have told me that it is okay. I am confused, and in order to make a decision, I have decided to follow my heart.

Your Honor always treated me with kindness and understanding and I hope that you will accept this letter in the spirit that it is presented. I am humble, Your Honor, and grateful for a few moments of your time. As you may recall, I do not have a great command of the English language, I get confused easily when it comes to matters of the law and I have therefore asked a person in the law library to help me. It is this person that has helped me to understand my case, and he has provided this help for no compensation.

When I originally committed this offense, I did so out of greed. I was approached by a man that spoke my language. I trusted him. At first he told me that he could supply me with cigarettes at a discounted price. Later, of course I found out why. There would be no State taxes paid on them. I should have stopped there, but I didn't. I ended up purchasing 8 cases of cigarettes for about $5,000. How did I get involved with this man? It's simple really. Sometime earlier I was experiencing some financial problems and I borrowed $10,000 from him, which I subsequently paid. When he came to me with the cigarette deal I originally thought I was doing him a favor. Trying to return the one he did for me.

One thing led to another and before you know it he was talking about "Zig Zag" cigarette papers and how he could get "legitimate" tax stamps. Although I never did the "Zig Zag" deal, I intended to.

He also talked to me about buying baby formula. This I would not do. At this point I was having trouble living with myself and sleeping. I told him <u>no</u>, I did not want to be involved.

-1-

I was eventually punished by the State of Michigan for the offense of selling the cigarettes and not paying the exise tax. I was sentenced to 3 years probation which I served without incident.

Years later, the federal authorities charged me once again for my role in this crime. However, this time they alleged that I was in a conspiracy. I don't know about conspiracies, all I know is that I bought 8 cases of cigarettes and resold 7 of those cases without paying Michigan excise tax.

I have only recently read and have come to understand the Plea Agreement and the Presentence Report. In the Plea Agreement in Section 1. C. it says that the I conspired from May 1997 through April 2004. Like I said, I don't know exactly how I conspired, but I do know that I bought and sold the cigarettes. And, this relationship didn't start until 1999, not 1997, and ended in 2002, not 2004.

None of that matters, of course. I committed a crime and I am being punished for it. And, I accept responsibility and punishment for what I did. However, I believe if your Honor could understand my situation a little better you might see it in a different light.

I originally paid $10,000 as a retainer to my first attorney, Eric Baratta. Later, Mr Dickow, after reading the agreement that I had with Mr. Baratta, convinced me that if I retained him that I would have no trouble getting the Baratta $10,000 returned to me. He had me believing that he would do a better job. Mr. Dickow told me that Mr. Baratta tried to sink me by allowing me to speak with the FBI. Also, I had been called by the Probation office and told that I had to change attorneys because Mr. Baratta was having trouble with his license. (After two or three days the Probation office called me again and said the license was okay again) In hindsight, Mr. Baratta may have been a better attorney. He actually listened to me. And, from the beginning I wanted to speak with the government anyway.

First of all, it turns out that I couldn't get the $10,000 back from Mr. Baratta. In fact, the retainer agreement that I showed to Mr. Dickow clearly stated this. As for the $15,000 I paid Mr. Dickow, I had to borrow that from my family.

During the time Mr. Dickow represented me, he had severe financial problems. He had to move his office three times. At one point he called me up and asked to "borrow" $10,000. I told him that I could not loan it to him, that I had to borrow the money that I used to retain him, and besides, he mislead me, I could not get the $10,000 back.

The only time I would hear from Mr. Dickow was the day before a hearing. Time and again, he would call me and say, "you have to be in court tomorrow." We never discussed the case. When I

questioned the PSI he said that it wasn't important. I believed him. I felt I had no choice.

When it came time to sentencing, Mr. Dickow told me that in order to have a chance at serving no prison time I needed to hire Mr. Fishman. He told me that Mr. Fishman knew the AUSA and the Court and had a very good reputation.

Mr. Fishman was supposed to handle the sentencing. When I discussed it with Mr. Fishman he told me not to worry. The important thing was to do no prison time. When I asked about what the restitution meant, he said he would have a chance to explain everything in court. It turned out he explained very little.

Mr. Fishman never objected to the $50,000 restitution or asked for an explanation as to how it was arrived at. I know this now that I have read the Sentencing Memorandum and had it explained to me. He asked for me to have no prison time. I never asked for this. As I said, I accept Your Honor's punishment. I just wanted it based on the truth, that's all.

Now that I am incarcerated it turns out that the Federal Government has labeled me a terrorist. Me! Your Honor, I am a Christian. My family and my ancestry is Chaldean. This is the language of Christ. It goes back thousands of years. It is an affront to me and my family to even think that I am somehow associated with Islamic radicalism. I have attached a copy of the report from the prison that explains this.

Because of this labeling, this stereotyping, I have not been able to speak with my parents. Even the phone calls that I can make I must make special arrangements in order to make them. I am not allowed to speak in the language of my family. The other inmates here are allowed unrestricted access to the phones. I am not allowed to use the email system. Other inmates are allowed unlimited access to email. Even the child molesters and pedophiles have access to the phones and email. Am I less deserving than they are?

I paid $2,500 to Mr. Fishman, also borrowed from my family, to deal with the sentencing. It seems that in retrospect, he did not do a very good job.

Now what do I do? Am I stuck with this label for the rest of my life? Do I have to pay back an amount of restitution that is over 20 times the amount that the State lost? Please help me Your Honor.

In closing, let me say this: if this letter is inappropriate, I apologize. I hope you understand that I had to try. I just want to get back to my business. I am a hard and honest worker. I was so stupid and I will never forgive myself. I will also never forget the kind words that Your Honor said at my sentencing. Thank you from the bottom of my heart. Bless you.

Respectfully yours,

Adel