Prob. 35　　　　　　　　　　　　Report and Order Terminating Probation /Supervised Release
(1/92)　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Michigan**

UNITED STATES OF AMERICA

　　　　v.　　　　　　　　　　　　　　　　　　　　Crim. No.  03-CR-80406-18

IMAD HAMADEH

　　　　On August 20, 2008, the above-named individual began supervised release for a period of 36 months.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/David Smith
　　　　　　　　　　　　　　　　　　　　United States Probation Officer

**ORDER OF THE COURT**

　　　　Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

　　　　Dated this  30th  day of      August     , 2010

　　　　　　　　　　　　　　　　　　　　s/Gerald E. Rosen
　　　　　　　　　　　　　　　　　　　　Gerald E. Rosen
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge