Prob. 35　　　　　　　　　　　　　　Report and Order Terminating Probation /Supervised Release
(1/92)　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

　　v.　　　　　　　　　　　　　　　　　　　　　　　　Crim. No. 03-CR-80406-17

Theodore Schenk

　　On June 8, 2009, the above-named was placed on supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/Charmarie A. Green
　　　　　　　　　　　　　　　　　　　　Senior United States Probation Officer

### ORDER OF THE COURT

　　Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

　　　　　　　　　　　　　　　　　　　　s/Gerald E. Rosen
　　　　　　　　　　　　　　　　　　　　Chief Judge, United States District Court

Dated: October 5, 2011