Prob. 35                            Report and Order Terminating Probation /Supervised Release
(1/92)                               Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

      v.                                                             Crim. No. 03-CR-80406-11

BAKRI, Youssef Aoun

        On April 22, 2010, the above-named was placed on supervised release for a period of two years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

                                                                 Respectfully submitted,

                                                                 s/Jennifer O. Mackens
                                                                 United States Probation Officer
                                                                 (313) 234-5474

## ORDER OF THE COURT

        Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

        Dated this  16th  day of     December   , 2011.

                                                                 s/Gerald E. Rosen
                                                                 Gerald E. Rosen
                                                                 Chief Judge, U.S. District Court